for failure to prosecute in accordance with the rules.

Willie J. HAMILTON, Petitioner,

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 04–3215.

United States Court of Appeals, Federal Circuit.

Aug. 6, 2004.

Willie J. Hamilton, of Counsel, Omaha, NE, for Petitioner.

**ORDER**

Order Vacated, See 2004 WL 2429548.

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**OLYMPIAREINIGUNG, GMBH, Appellant,**

v.

**Les BROWNLEE, Acting Secretary of the Army, Appellee.**

No. 04–1238.

United States Court of Appeals, Federal Circuit.

Aug. 6, 2004.

Christian J. Moran, Principal Attorney, Robert E. Kirschman, Jr., David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Appellee.

Leodis C. Matthews, Principal Attorney, Matthews & Partners, Los Angeles, CA, for Appellant.

**ORDER**

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.